## STANLEY v. THE STATE.

LUMPKIN, P. J. No error of law being alleged, and the trial judge being satisfied with the verdict, which was amply supported by the evidence, no cause for a new trial appears. *Judgment affirmed. All the Justices concurring.*

Argued November 19,—Decided November 27, 1900.

Indictment for murder. Before Judge Hart. Laurens superior court. September 17, 1900.

*Howard & Armistead,* for plaintiff in error. *J. M. Terrell, attorney-general,* and *H. G. Lewis, solicitor-general,* contra.